1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,        )        Case No.: 5:24-mj-00402
11                                       )
                    Plaintiff,           )        ORDER OF DETENTION PENDING
12                                       )        FURTHER REVOCATION
        v.                               )        PROCEEDINGS
13                                       )        (FED. R. CRIM. P. 32.1(a)(6); 18
Daniel Gonzalez,                         )        U.S.C. § 3143(a)(1))
14                                       )
                    Defendant.           )
15  _____  )

16          The defendant having been arrested in this District pursuant to a warrant

17  issued by the United States District Court for the __Southern_____ District of

18  __California_____ for alleged violation(s) of the terms and conditions of probation

19  or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22  A.  (x)    The defendant has not met his/her burden of establishing by clear and

23          convincing evidence that he/she is not likely to flee if released under 18

24          U.S.C. § 3142(b) or (c).  This finding is based on the following:

25          ( )    information in the Pretrial Services Report and Recommendation

26          ( )    information in the violation petition and report(s)

27          (x)    the defendant's nonobjection to detention at this time

28          ( )    other: _____

1

1       and/ or

2   B. (×)   The defendant has not met his/her burden of establishing by clear and

3            convincing evidence that he/she is not likely to pose a danger to the safety

4            of any other person or the community if released under 18 U.S.C.

5            § 3142(b) or (c).  This finding is based on the following:

6            (×)   information in the Pretrial Services Report and Recommendation

7            (×)   information in the violation petition and report(s)

8            (×)   the defendant's nonobjection to detention at this time

9            ( )   other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated:  09/26/2024                    _____

15                                        SHASHI H. KEWALRAMANI
                                          UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28